NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLD WIDE STATIONERY MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

**v.**

**U.S. RING BINDER, L.P.,**
*Defendant-Cross Appellant.*

---

2011-1037, -1050

---

Appeal from the United States District Court for the Eastern District of Missouri in No. 07-CV-1947, Judge Carol E. Jackson.

---

**JUDGMENT**

---

KEITH A. RABENBERG, Senniger Powers, LLP of St. Louis, Missouri argued for the plaintiff-appellant. With him on the brief was RICHARD L. BROPHY. Of counsel on the brief was WILLIAM K. WEST, JR., Howrey, LLP, of Washington, DC.

TIMOTHY E. GROCHOCINSKI, The Simon Law Firm, PC, of St. Louis, Missouri, argued for defendant-cross appellant. With him on the brief was ANTHONY G. SIMON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 5, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |